AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Jamie Lee Miller<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 3:11-cr-00054<br>17-mj-01116-STV |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Jamie Lee Miller ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ☑ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: 06/22/2017

Issuing Officer: USDC Judge Stephanie M. Rose
*Name and Title of Issuing Officer*

City and state: Davenport, IA

JOHN S. COURTER, Clerk
By: [signature]
DEPUTY CLERK

**Ret**

This warrant was received on *(date)* ________ at *(city and state)* ________ .

Date: ________

________
*Arresting officer's signature*

________
*Printed name and title*

PROB 12C
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
FOR THE
# SOUTHERN DISTRICT OF IOWA

## Petition for Warrant or Summons for Offender Under Supervision

---

**Name of Offender:** Jamie Lee Miller **Case Number:** 3:11-cr-00054-004

**Name of Sentencing Judicial Officer:** James E. Gritzner, Senior U.S. District Judge

**Date of Original Sentence:** April 12, 2012

**Original Offense:** 21 U.S.C. §§ 846, 841(b)(1)(B) – Conspiracy to Distribute at Least 100 Kilograms of Marijuana

**Original Sentence:** 78 months imprisonment; 48 months supervised release

**Date Current Supervision Commenced:** November 2, 2015

**Prior Modification(s)/Revocation(s):** April 14, 2016 – 120 days remote alcohol testing

---

### PETITIONING THE COURT

☒ To issue a warrant.

☐ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. Unauthorized Travel | On June 20, 2017, the Clinton County, Iowa, Sheriff's Department contacted this officer to report the offender's mother listed him as a missing person. On June 20, 2017, this officer spoke to the offender's mother, who confirmed he was no longer in the Southern District of Iowa. On June 20, 2017, the offender failed to respond to a phone call and text message from this officer. On June 22, 2017, a Deputy from the Lafayette, Louisiana, Sheriff's Department contacted this officer to report the offender was located at 805 S. Beau Pre Road in Lafayette, Louisiana. |
| 2. Frequenting Taverns | On June 20, 2017, the offender's mother reported to this officer that the offender has been frequenting taverns for several months. |

**U.S. Probation Officer Recommendation:**

The term of supervision should be

☒ revoked.

☐ extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 22, 2017

by: [signature]
Jennifer K. Johnson
Senior U.S. Probation Officer

---

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

Richard D. Westphal
Assistant United States Attorney

[signature]
Signature

---

THE COURT ORDERS:

☐ No action.

XXX The issuance of a warrant.

☐ The issuance of a summons so a hearing can be held on ______________________

at ________________.

[signature]
Signature of Judicial Officer

June 22, 2017
Date

---