AO 442 (Rev. 01/09) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2017 JUN 29 PM 2:14
JEFFREY P. COLWELL
CLERK
BY_________DEP. CLK

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

United States of America
v.
Jamie Lee Miller
*Defendant*

Case No. 3:11-cr-00054
17-mj-01116-STV

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Jamie Lee Miller,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: 06/22/2017

Issuing Officer: USDC Judge Stephanie M. Rose
*Name and Title of Issuing Officer*

City and state: Davenport, IA

JOHN S. COURTER, Clerk
By:
DEPUTY CLERK

**Return**

This warrant was received on *(date)* 6/22/17 at *(city and state)* Greeley, Colorado.

Date: 06/28/2017

*Arresting officer's signature*

B. BAILEY, D USM
*Printed name and title*